

# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2020

No. 04-19-00723-CV

**IN THE INTEREST OF W.A.F., A CHILD,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-15404
Honorable Norma Gonzales, Judge Presiding

## O R D E R

On September 20, 2019, the trial court signed a final judgment. Appellant filed a timely notice of appeal. The clerk's record and the reporter's record were initially due in this court on November 19, 2019. The clerk's record was filed on December 13, 2019; however, the reporter's record has not been filed. The court reporter has filed a notification of late record stating the reporter's record has not been filed because appellant is not entitled to appeal without paying the fee, and appellant has failed to pay the fee or make arrangements to pay the fee for preparing the reporter's record.

We, therefore, ORDER appellant to provide written proof to this court **on or before January 14, 2020**, that the reporter's fee has been paid or arrangements have been made to pay the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due **on or before February 3, 2020**, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court